IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:04-CR-00262-01-BRW

BRYAN TURNER LAWSON

## ORDER

Pending is Defendant's *Pro se* Motion to Appoint Counsel (Doc. No. 29).

Based on Defendant's representations, the Motion is GRANTED. Accordingly, Ms. Kim Driggers is hereby APPOINTED to represent Defendant in seeking early termination of his term of supervised release.

IT IS SO ORDERED this 13th day of November, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE